IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY JUBER, ET AL., ON BEHALF OF THEMSELVES AND THE CLASS, | |
| Plaintiffs, | CIVIL ACTION NO. 3:14-CV-90 (VLB) |
| v. | |
| BENJAMIN BARNES, ET AL., | July 15, 2015 |
| Defendants. | |

## ORDER OF FINAL APPROVAL OF JOINT STIPULATION OF SETTLEMENT AND DISMISSING CASE WITHOUT PREJUDICE

This matter came before the Court for hearing on July 15, 2015, for final approval of the preliminary Joint Stipulation of Settlement, dated January 8, 2015 (the "Settlement"). Due and adequate notice having been given of the Settlement, and the Court having considered the expense and length of additional proceedings, the uncertainty of the outcome of such proceedings, the arm's length settlement of the claims and defenses, effected with the assistance of Magistrate Judge Smith, and the widespread acceptance of the Settlement by members of the Class, as evidenced by the fact that only one member of the Class has sought to be excluded from the Class and no one has objected to the Settlement, the Court finds that the Settlement, preliminarily approved January 12, 2015, is fair, reasonable, adequate, and in the best interests of the Class, and is therefore approved. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1

1.      The Settlement, including the definitions contained therein, is incorporated by reference in this Final Approval Order, and all terms used herein shall have the same meanings set forth in the Settlement.

2.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Settlement is approved as fair, reasonable and adequate, and the Parties are directed to consummate the Settlement in accordance with its terms and conditions.

3.      Pursuant to Fed. R. Civ. P. 23(a) and (b)(3), the Court hereby finally certifies, for purposes of effectuating the Settlement only, a Class consisting of all former or current employees in the State of Connecticut: a) with job titles in the certified Engineering, Scientific, and Technical (P-4) bargaining unit; b) who are or were represented exclusively for purposes of collective bargaining by CSEA; c) who resigned union membership in CSEA at any time between January 1, 2011 and the Court's approval of this Settlement and who objected to paying fees equal to full union dues from their wages, and d) who did not have their fees reduced to reflect their objector status.

4.      Plaintiffs Stanley Juber, Thomas Faenza, Andreas Fesenmeyer, Thomas Capobianco, Veronica Calin, Gregg Shaffer, Roger Levesque, and Kurt Von Hone are appointed Class Representatives.

5.      Defendants shall give notice to the Class Members of the final approval of the Settlement.

6.      The deadline by which Class Members must file their proof of claim is <u>August 14, 2015</u>.  Any member who does not file a proof of claim on or before this date will not participate in or receive payments from the Settlement.

7. **Payments to members who filed a proof of claim shall be made beginning on <u>September 1, 2015</u>.**

**DONE AND ORDERED, this 15th day of July, 2015.**

<pre>
                              /s/
                    Hon. Vanessa L. Bryant
</pre>