IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY JUBER, ET AL., ON BEHALF OF THEMSELVES AND THE CLASS, <br><br> Plaintiffs, <br> v. <br><br> BENJAMIN BARNES, ET AL., <br><br> Defendants. | CIVIL ACTION NO. <br> 3:14-CV-90 (VLB) <br><br> November 10, 2015 |

**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES PURSUANT TO 42 U.S.C. § 1988 [Dkt. #81] AND DISMISSING CASE WITH PREJUDICE**

On July 15, 2015, the Court entered an Order of Final Approval of Joint Stipulation of Settlement and Dismissing Case Without Prejudice.  See [Dkt. #76].  On September 29, 2015, Plaintiffs filed a Report of Mailing Notice to Class Members Regarding the Motion for Attorney's Fees and Costs, in which Plaintiffs informed the Court that "the parties have reached an agreement" that Plaintiffs should receive "$72,000 for attorneys' fees, costs, and expenses incurred up to and including September 16, 2015, with an additional $10,000 maximum for any reasonable work performed by Plaintiffs' counsel to the completion of this case." [Dkt. #80, Report at 1].  Plaintiffs also informed the Court that on September 15, 2015, Plaintiffs sent a supplemental notice to the members of the class regarding the attorneys' fees and costs sought by Plaintiffs' counsel.  See [Dkt. #80-1]. Class members were given until October 30, 2015 to submit to counsel for Plaintiffs and Defendants any objections to Plaintiffs' fee and cost request.  [*Id.* at

3]. On November 9, 2015, Plaintiffs filed a notice with the Court indicating that no class members have objected to the request. [Dkt. #82].

Absent objection from either the Defendants or any class members, the Court GRANTS Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses Pursuant to 42 U.S.C. § 1988, and awards Plaintiffs $71,998.47 in attorneys' fees, costs, and other expenses, with an additional $10,000 in reasonable attorneys' fees, costs, and other expenses to bring this matter to a close. The Clerk is directed to close this file.

DONE AND ORDERED, this 10th day of November, 2015.

                                                  /s/
                                     Hon. Vanessa L. Bryant